IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| LAURA L. FRANTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:10CV275 |
| | ) | |
| ERIC K. SHINSEKI, Secretary, | ) | |
| Department of Veterans Affairs, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

For the reasons set forth in the Order and Memorandum Opinion filed contemporaneously herewith,

IT IS ORDERED that Plaintiff's Motion for Summary Judgment [Doc. # 42] is DENIED.

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment [Doc. # 64] is GRANTED as to Plaintiff's claims under 38 U.S.C. § 7462 and the Rehabilitation Act, and as such, Plaintiff's claims under 38 U.S.C. § 7462 and the Rehabilitation Act are DISMISSED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that, all other claims having been dismissed by Joint Stipulation of the parties, any pending trial motions are DISMISSED AS MOOT and this matter is CLOSED.

This, the 27th day of January, 2012.

_____
United States District Judge